UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BAUSCH & LOMB INCORPORATED,

          Plaintiff,

v.                            Civil Action No. 07-6575CJS

CIBA VISION CORPORATION,

          Defendant.



## ORDER DIRECTING FILING UNDER SEAL OF EXHIBIT "A" AND CERTAIN PARAGRAPHS OF THE PLAINTIFF'S COMPLAINT

Plaintiff Bausch & Lomb Incorporated ("B&L") has moved for an order, pursuant to Local Rule 5.4, directing that Exhibit "A" and certain paragraphs of its Complaint be filed under seal.

In support of its motion, B&L has submitted the Amended Notice of Motion to File Under Seal, dated November 26, 2007, and the supporting declaration of Laura W. Smalley, dated November 26, 2007.

Upon due consideration, it is hereby

**ORDERED**, that Exhibit "A" and certain portions of paragraphs 9-16, 18, 33, 43 and 47-48 of the plaintiff's Complaint shall be filed under seal as shown in Exhibit "1" of this Order and shall remain sealed until further order of the Court or application of the parties.

**SO ORDERED:**

November 30, 2007

                                                 /s/ Charles J. Siragusa
                                          HON. CHARLES J. SIRAGUSA

231865 926704.1

HARRIS BEACH
ATTORNEYS AT LAW